

7

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-82-00006-CR

BILLY RAY WALLACE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 8th District Court
Delta County, Texas
Trial Court No. 5750

Before Morriss, C.J., Carter and Moseley, JJ.

ORDER

As part of the appellate record in this matter, original exhibits were transferred to this Court for our use when the appeal was before us—a set of color slides labeled State's Exhibits 101–152, 154, 156, 158, 162, 163, 165, 167, 170, 171, and 173. It appears to this Court that the proper repository for these exhibits should be the District Clerk's office of Delta County. Accordingly, we order the Clerk of this Court to transfer the original exhibits in this appeal into the keeping of the District Clerk of Delta County by mailing the exhibits to the district clerk via certified mail, return receipt requested.

We further order the District Clerk of Delta County, on receipt of said exhibits, to sign and return to this Court the enclosed receipt for said exhibits.

IT IS SO ORDERED.

BY THE COURT

Date:   February 21, 2013

RECEIPT FOR ORIGINAL EXHIBITS

I, Jane Jones, District Clerk of Delta County, hereby acknowledge receipt of the following original exhibits from the Court of Appeals, Sixth Judicial District, Texarkana, Texas, in the case of *Billy Ray Wallace v. The State of Texas*, appellate cause number 06-82-00006-CR; trial court cause number 5750: a set of color slides labeled State's Exhibits 101–152, 154, 156, 158, 162, 163, 165, 167, 170, 171, and 173.

_____
Jane Jones
District Clerk, Delta County

Date: _____